OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

331 POTTER STEWART U.S. COURTHOUSE

CATHERINE C. GEYER
*Chief Circuit Mediator*
KATHRYN L. WOLLENBURG
SCOTT COBURN
JOHN A. MINTER

100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988
CA06-MEDIATION@CA6.USCOURTS.GOV

TELEPHONE (513) 564-7330
FAX (513) 564-7349

October 14, 2025

Brian G. Dershaw
Marc D. Mezibov
Evan T. Priestle

Re:   *Mark Charlton-Perkins v. UC, et al,* CA No. 25-3693

## CANCELATION NOTICE

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the mediation conference currently scheduled for **October 15, 2025**, is hereby **CANCELED**.

Sincerely,

Connie A. Weiskittel
Mediation Administrator

cc:    Scott Coburn